**Exhibit B to Notice of Removal**

**Notice of Removal filed in Maricopa County Superior Court, Case No. CV2010- 070588**

PAUL R. GARRY, State Bar No. 026613
RYAN G. PIERCE, State Bar No. 025688
MECKLER BULGER TILSON MARICK & PEARSON LLP
3101 North Central Avenue, Suite 900
Phoenix, Arizona 85012
Telephone: 602-734-0850
Facsimile: 602-734-0862
E-mail:   paul.garry@mbtlaw.com
E-mail:   ryan.pierce@mbtlaw.com

Attorneys for Defendant

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Cheryl A. Miller, | Case No.: CV2010-070588 |
| Plaintiff, | **NOTICE OF REMOVAL** |
| v. | (Assigned to the Honorable Harriet Chavez) |
| Allstate Insurance Company, | |
| Defendant. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that on November 12, 2010, Allstate Insurance Company ("Allstate"), Defendant, by counsel undersigned, filed in the United States District Court for the District of Arizona, a Notice of Removal pursuant to 28 U.S.C. §§ 1441(a)-(b) and 1446. A true and correct copy of the Notice is attached hereto as Exhibit 1.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446, the filing of such Notice in the United States District Court, together with the filing of a

1

copy of the Notice with this Court, effects the removal of this action and this Court may proceed no further unless and until the case is remanded.

DATED this 12th day of November, 2010.

                MECKLER BULGER TILSON MARICK & PEARSON LLP

                By/s/ *Ryan G. Pierce*
                    PAUL R. GARRY
                    RYAN G. PIERCE
                    Attorneys for Defendant

ORIGINAL electronically filed this 12th day of November, 2010, with:

Clerk of the Court
Maricopa County Superior Court

The foregoing served by US Mail this 12th day of November, 2010, upon the following:

Cheryl A. Miller,
16306 West Willow Creek Lane
Surprise, Arizona 85374


/s/ *Janice Calkins*

2