PAUL R. GARRY, State Bar No. 026613
RYAN G. PIERCE, State Bar No. 025688
MECKLER BULGER TILSON MARICK & PEARSON LLP
3101 North Central Avenue, Suite 900
Phoenix, Arizona 85012
Telephone: 602-734-0850
Facsimile:  602-734-0862
E-mail:     paul.garry@mbtlaw.com
E-mail:     ryan.pierce@mbtlaw.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Cheryl A. Miller, | Case No.: CV-10-02463-PHX-ROS |
| Plaintiff, | **ALLSTATE'S PARTIAL MOTION TO DISMISS** |
| v. | |
| Allstate Insurance Company, | |
| Defendant. | (Assigned to the Honorable Roslyn O. Silver) |

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Allstate Insurance Company ("Allstate"), by counsel undersigned, moves to dismiss Plaintiff's claim for wrongful termination. This Motion is supported by the concurrently filed Memorandum of Points and Authorities in Support of Allstate's Partial Motion to Dismiss.

1

DATED this 19th day of November, 2010.

           MECKLER BULGER TILSON MARICK & PEARSON LLP

           By *s/ Ryan G. Pierce*
             PAUL R. GARRY
             RYAN G. PIERCE
           Attorneys for Defendant

ORIGINAL electronically filed this 19th day of November, 2010, with:

Clerk, US District Court
District of Arizona
401 West Washington
Phoenix, Arizona 85003

The foregoing served by U.S. Mail this 19th day of November, 2010, upon the following:

Cheryl A. Miller
16306 West Willow Creek Lane
Surprise, Arizona 85374

*s/ Janice Calkins*

2