**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Cheryl A. Miller, | ) | Case No.: CV-10-02463-PHX-ROS |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Allstate Insurance Company, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court has considered the parties' Joint Motion to Approve Resolution and Dismiss, the authority referenced therein, and the settlement agreement submitted under seal by the parties in this case. The Court finds the parties' settlement is a fair and reasonable resolution of Plaintiff's claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*, and therefore approves the Confidential Settlement Agreement (Doc. 16).

IT IS THEREFORE ORDERED the Joint Motion to Approve Resolution and Dismiss (Doc. 14) is GRANTED, and this matter is dismissed with prejudice. The parties shall bear their own attorney's fees and costs except as otherwise agreed by the parties.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

IT IS FURTHER ORDERED the February 24, 2011 scheduling conference is vacated and Allstate's Partial Motion to Dismiss (Doc. 8) is terminated. The Clerk shall close this case.

Dated this 8th day of February, 2011.

_____
Roslyn O. Silver
Chief United States District Judge